The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS KARUZAS and VICKI KARUZAS, individually and the marital community comprised thereof, and MARIE TERRY, an individual and guardian for K.W., a minor,<br><br>Defendants. | No. 3:23-CV-05958-DGE<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING STIPULATED MOTION FOR DECLARATORY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 23, 2024** |

THIS MATTER having come before the Court upon stipulated motion of Plaintiff and Defendants Dennis and Vicki Karuzas, through their respective counsel, and it appearing that said declaratory judgment action and all causes therein are uncontested as to these Defendants, and that said declaratory judgment should be granted in favor of Plaintiff but without costs or attorneys' fees to either party,

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint for Declaratory Judgment is GRANTED.

ORDER GRANTING STIPULATED MOTION FOR
DECLARATORY JUDGMENT - 1
No. 3:23-CV-05958-DGE

PAINE HAMBLEN, P.S.
717 W. SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000

It is further ORDERED that Plaintiff does not owe a duty or obligation to defend Defendants from the allegations of the Terry Complaint. Accordingly, Plaintiff may withdraw its defense of the Defendants which is currently being provided under a Reservation of Rights.

It is further ORDERED that Plaintiff does not owe a duty or obligation to indemnify Defendants for any judgment entered against them based on the allegations of the Terry Complaint, nor to reimburse them for any payments they make in settlement of those claims.

IT IS SO ORDERED.

Dated this 12th day of February, 2024.

David G. Estudillo
United States District Judge

PRESENTED BY:
PAINE HAMBLEN LLP

By: s/ Pierce J. Jordan
PIERCE J. JORDAN, WSBA #55430

Paine Hamblen, P.S.
717 W. Sprague Avenue, Suite 1200
Spokane, WA  99201
Ph: 509-455-6000
Email: pjj@painehamblen.com
Attorneys for Plaintiff

4869-5473-3972, v. 2

ORDER GRANTING STIPULATED MOTION FOR
DECLARATORY JUDGMENT - 2
No. 3:23-CV-05958-DGE

PAINE HAMBLEN, P.S.
717 W. SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000