UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>          Plaintiff,<br><br>  v.<br><br>DENNIS KARUZAS et al.,<br><br>          Defendant. | CASE NO. 3:23-cv-05958-DGE<br><br>ORDER AMENDING FINAL JUDGMENT ENTRY (DKT. NO. 29) |

The Court's March 26, 2024 Judgment (Dkt. No. 29) shall be amended to read as follows:

The Court has ordered that Plaintiff show cause for why its claims against Defendant Marie Terry should not be dismissed. Plaintiff's response indicated it had no opposition to the dismissal of its Complaint against Defendant Marie Terry. (Dkt. No. 28.)  Therefore, this Court **DISMISSES** the Complaint against Marie Terry without prejudice.  Having come before the Court upon stipulated motion of Plaintiff and Defendants Dennis and Vicki Karuzas (Dkt. No. 17), Plaintiff's Complaint for Declaratory Judgment against Defendants Dennis and Vicki Karuzas is **GRANTED.**  It is further **ORDERED** that Plaintiff does not owe a duty or obligation to defend Defendants from the allegations of the Terry Complaint. Accordingly, Plaintiff may withdraw its defense of the Defendants which is currently being provided under a Reservation of Rights.  It is further **ORDERED** that Plaintiff does not owe a duty or obligation to indemnify Defendants for any judgment entered against them based on the allegations of the Terry Complaint, nor to reimburse them for any payments they make in settlement of those claims.  The Clerk is instructed to close this matter.

Dated this 1st day of April 2024.

David G. Estudillo
United States District Judge

ORDER AMENDING FINAL JUDGMENT ENTRY (DKT. NO. 29) - 1